**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Artex Telecommunications LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 4 6 4 6 5 4 0** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1960 Tapadero Lane** | |
| Number      Street | Number      Street |
| **Celina, TX 75009** | |
| City                State    ZIP Code | City                State    ZIP Code |
| **Collin** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number      Street |
| | City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Artex Telecommunications LLC**
_____     Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                                                                          MM / DD / YYYY

          District _____ When _____ Case number _____
                                                                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

          District _____ When _____
                                                                          MM / DD / YYYY

          Case number, if known _____

Debtor    **Artex Telecommunications LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number        Street<br><br>_____<br><br>_____<br>  City              State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

---

**Statistical and administrative information**

---

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99   ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000        ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   **Artex Telecommunications LLC**                                Case number *(if known)* _____
      Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/10/2025**
           MM/ DD/ YYYY

**X**   **/s/ Eric Shaffer**                                **Eric Shaffer**
Signature of authorized representative of debtor            Printed name

Title           **Managing Member**

**18. Signature of attorney**

**X**        **/s/ Robert T DeMarco**       Date   **02/10/2025**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number        Street

**Dallas**                     **TX**      **75251**
City                         State     ZIP Code

**(972) 991-5591**                  **robert@demarcomitchell.com**
Contact phone                          Email address

**24014543**                         **TX**
Bar number                         State

Fill in this information to identify the case:

Debtor Name  **Artex Telecommunications LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B
_____

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo** | **Checking account** | **7  4  0  0** | **$25,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____
   4.2 _____  _____

5. **Total of Part 1** | **$25,000.00** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____
   7.2 _____  _____

Debtor   **Artex Telecommunications LLC**
_____   Case number *(if known)* _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____   _____

   8.2 _____   _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.   | _____ |

---

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    | --- | --- |

11. **Accounts receivable**

    | | | | | Current value of debtor's interest |
    | --- | --- | --- | --- | --- |
    | 11a. 90 days old or less: | **unknown** | - | **unknown** | =..... ➡ | $65,000.00 |
    | | face amount | | doubtful or uncollectible accounts | | |
    | 11b. Over 90 days old: | | - | | =..... ➡ | |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | $65,000.00 |

---

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1 _____ | _____ | _____ |
    | 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    | 15.1 _____ | _____ | _____ | _____ |
    | 15.2 _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor **Artex Telecommunications LLC**
Name

Case number *(if known)* _____

| 16.1 | | | |
| 16.2 | | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Artex Telecommunications LLC**

Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor   **Artex Telecommunications LLC**   Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | Computers - 3 | **unknown** | $1,200.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
| | 42.1 | | |
| | 42.2 | | |
| | 42.3 | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7** | $1,200.00 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2013 Dodge Ram** / VIN: 1C6RR6LT6DS589286 | **unknown** | | $13,000.00 |
| 47.2 **2009 Astec** / VIN: RTMSXX96470 Maxi Sneaker Series D | **unknown** | | $14,000.00 |
| 47.3 **2023 Ditch Witch** / VIN: DWP100SXEP0000803 100SXH Trencher | **unknown** | | $12,000.00 |
| 47.4 **2023 Ditch Witch** / VIN: DWP100SXLP0000801 100SXH Trencher | **unknown** | | $12,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **Artex Telecommunications LLC**
    Name    Case number *(if known)* _____

|  |  |  |  |  |
|---|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

**49.    Aircraft and accessories**

| 49.1 _____ | _____ | _____ | _____ |
|---|---|---|---|
| 49.2 _____ | _____ | _____ | _____ |

**50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

**51.    Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$51,000.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 9:** | Real property |
|---|---|

**54.    Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.    Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

_____

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

Debtor    **Artex Telecommunications LLC**                                    Case number *(if known)* _____
　　　　　Name

---

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |

60.  **Patents, copyrights, trademarks, and trade secrets**

_____   _____   _____   _____

61.  **Internet domain names and websites**

_____   _____   _____   _____

62.  **Licenses, franchises, and royalties**

_____   _____   _____   _____

63.  **Customer lists, mailing lists, or other compilations**

_____   _____   _____   _____

64.  **Other intangibles, or intellectual property**

_____   _____   _____   _____

65.  **Goodwill**

_____   _____   _____   _____

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                              _____

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

Debtor    **Artex Telecommunications LLC**
Name

Case number *(if known)* _____

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor   **Artex Telecommunications LLC**
Name

Case number *(if known)*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $25,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $65,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $51,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................... ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $142,200.00 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................... | | $142,200.00 |

Fill in this information to identify the case:

Debtor name **Artex Telecommunications LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Balboa Capital Corp.**

**Creditor's mailing address**

**575 Anton Blvd. 12th fl**

**Costa Mesa, CA 92626**

**Creditor's email address, if known**

_____

Date debt was incurred  **10/05/2023**

Last 4 digits of account number  **9  0  0  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

2023 Ditch Witch, 2023 Ditch Witch

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$29,025.00** | **$24,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$29,025.00**

Fill in this information to identify the case:

Debtor name __**Artex Telecommunications LLC**__

United States Bankruptcy Court for the:

__**Eastern District of Texas**__

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

**2.1**

Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**

Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Artex Telecommunications LLC**

Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Advance Servicing Inc.**

**15 Main Street,**

**Holmdel, NJ 07733**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$105,000.00

**3.2** Nonpriority creditor's name and mailing address

**Advance Servicing Inc.**

**15 Main Street,**

**Holmdel, NJ 07733**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$148,750.00

**3.3** Nonpriority creditor's name and mailing address

**Alo Advance**

**100 Biscayne Blvd 2303**

**Miami, FL 33132**

Date or dates debt was incurred  **04/01/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$87,500.00

**3.4** Nonpriority creditor's name and mailing address

**Ascentium Capital**

**23970 Hwy. 59N**

**Kingwood, TX 77339**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

$73,441.00

Debtor    **Artex Telecommunications LLC**                                    Case number *(if known)* _____
           Name

---

**Part 2:**  Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Baypoint Funding, LLC**

**370 Lexington Ave. Ste. 801**

**New York, NY 10017**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $86,300.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Black book Ventures LLC**

**20005 Trinity Oaks Road**

**Weatherford, TX 76087**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $190,896.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Capital on Tap**

**215 S. State St. Ste. 1000**

**Salt Lake City, UT 84111**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $18,199.48
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**DLL Financial Solutions**

**1111 Old Eagle School Road**

**Wayne, PA 19087**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $16,548.05
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Artex Telecommunications LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | **$79,800.00** |

| | | |
|---|---|---|
| **3.9** | **EN OD Capital** | |

**1202 Avenue U Ste 115**

**Brooklyn, NY 11229**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred    **11/26/2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.10**   Nonpriority creditor's name and mailing address            **$80,000.00**

**Forever Funding**

**251 Little Falls Road**

**Wilmington, DE 19808**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred    **09/09/2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.11**   Nonpriority creditor's name and mailing address            **$91,258.34**

**Forrest Capital**

**2 University Plz Ste 211**

**Hackensack, NJ 07601**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.12**   Nonpriority creditor's name and mailing address            **$113,628.00**

**Fundbox Inc**

**5760 Legacy Dr. Ste. B3-535**

**Plano, TX 75024**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor     **Artex Telecommunications LLC**                                  Case number *(if known)*
Name

---

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,548.05 |

**Intuit Financing Inc**

**2700 Coast Ave**

**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,420.00 |

**Overton Funding LLC**

**2802 N. 29th Ave.**

**Hollywood, FL 33020**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred     **04/01/2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **0  4  7  1**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,911.00 |

**Paypal**

**2211 N. 1st St**

**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,774.22 |

**Paypal**

**2211 North First St.**

**San Jose, CA 95131**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor    **Artex Telecommunications LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.17** Nonpriority creditor's name and mailing address

**Rapid Finance**

**4500 East West Highway 6th Floor**

**Bethesda, MD 20814**

Date or dates debt was incurred    **9/1/2024**

Last 4 digits of account number    **3 6 4 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$483,015.62

---

**3.18** Nonpriority creditor's name and mailing address

**Rapid Finance**

**4500 East West Highway 6th Floor**

**Bethesda, MD 20814**

Date or dates debt was incurred

Last 4 digits of account number    **0 4 7 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

$119,453.61

---

**3.19** Nonpriority creditor's name and mailing address

**Smart Business**

**366 N Broadway**

**Jericho, NY 11753**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

$163,269.00

---

**3.20** Nonpriority creditor's name and mailing address

**Top Tier Capital**

**500 W. Putnam Ave Ste. 400**

**Greenwich, CT 06830**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA Guarantee**

Is the claim subject to offset?
☑ No
☐ Yes

$474,030.00

---

Debtor    **Artex Telecommunications LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.21** Nonpriority creditor's name and mailing address

**Wells Fargo**

**PO Box Box 10347**

**Des Moines, IA 50306-0347**

Date or dates debt was incurred

Last 4 digits of account number    **1  9  9  0**

As of the petition filing date, the claim is:    $18,492.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Artex Telecommunications LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Greenfield Law Firm** | Line **3.11** | |
| **2 Executive Blvd** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **Suffern, NY 10901** | | |

Debtor    **Artex Telecommunications LLC**
Name

Case number *(if known)* _____

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$2,577,235.24** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,577,235.24** |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Artex Telecommunications LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month - Storage** | **Extra Space Storage** |
| | State the term remaining | | **3101 W Spring Creek Parkway** |
| | List the contract number of any government contract | | **Plano, TX 75023** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Artex Telecommunications LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric & Kristen Shaffer** | **1960 Tapadero Lane** <br> Street <br><br> **Celina, TX 75009** <br> City        State        ZIP Code | **Black book Ventures LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | **Kristen, Eric &** | **1960 Tapadero Lane** <br> Street <br><br> **Celina, TX 75009** <br> City        State        ZIP Code | **Rapid Finance** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Top Tier Capital** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Baypoint Funding, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Smart Business** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Paypal** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Fundbox Inc** | ☐ D <br> ☑ E/F <br> ☐ G |

| | |
|---|---|
| Debtor | **Artex Telecommunications LLC** |
| | Name |

Case number (if known) _____

| | |
|---|---|
| ■ | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | Mailing address | **Name** | *Check all schedules that apply:* |
| | | **Ascentium Capital** | ☐ D ☑ E/F ☐ G |
| | | **Capital on Tap** | ☐ D ☑ E/F ☐ G |
| 2.3 **Shaffer, Eric** | **1960 Tapadero Lane** <br> Street <br><br> **Celina, TX 75009** <br> City       State       ZIP Code | **Rapid Finance** | ☐ D ☑ E/F ☐ G |
| | | **EN OD Capital** | ☐ D ☑ E/F ☐ G |
| | | **Forever Funding** | ☐ D ☑ E/F ☐ G |
| | | **Overton Funding LLC** | ☐ D ☑ E/F ☐ G |
| | | **Advance Servicing Inc.** | ☐ D ☑ E/F ☐ G |
| | | **Advance Servicing Inc.** | ☐ D ☑ E/F ☐ G |
| | | **Alo Advance** | ☐ D ☑ E/F ☐ G |
| | | **Paypal** | ☐ D ☑ E/F ☐ G |
| | | **Intuit Financing Inc** | ☐ D ☑ E/F ☐ G |
| | | **DLL FInancial Solutions** | ☐ D ☑ E/F ☐ G |
| 2.4 **The Benk Group LLC** | **609 E. Pleasant Run Road** <br> Street <br><br> **Cedar Hill, TX 75104** <br> City       State       ZIP Code | **Paypal** | ☐ D ☑ E/F ☐ G |
| | | **Intuit Financing Inc** | ☐ D ☑ E/F ☐ G |

Debtor    **Artex Telecommunications LLC**                          Case number (if known) _____
          Name

| ■ | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Rapid Finance** | ☐ D  ☑ E/F  ☐ G |
| | | **Top Tier Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Baypoint Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Smart Business** | ☐ D  ☑ E/F  ☐ G |
| | | **Paypal** | ☐ D  ☑ E/F  ☐ G |
| | | **Fundbox Inc** | ☐ D  ☑ E/F  ☐ G |
| | | **Ascentium Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Black book Ventures LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Capital on Tap** | ☐ D  ☑ E/F  ☐ G |
| 2.5 | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page _3_ of _3_

**Fill in this information to identify the case:**

Debtor name      **Artex Telecommunications LLC**

United States Bankruptcy Court for the:

     **Eastern District of Texas**

Case number (if known): _____ Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*....................................................................................    **$0.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*.................................................................................    **$142,200.00**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*...................................................................................    **$142,200.00**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$29,025.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+   $2,577,235.24**

4. **Total liabilities**..............................................................................................................................................    **$2,606,260.24**

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name      **Artex Telecommunications LLC**

United States Bankruptcy Court for the:

     **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

- ☐ *Amended Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☑ Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/10/2025**     **X** **/s/ Eric Shaffer** _____
     MM/ DD/ YYYY            Signature of individual signing on behalf of debtor

                                 **Eric Shaffer** _____
                                 Printed name

                                 **Managing Member** _____
                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Artex Telecommunications LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | |

☐ Check if this an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$335,050.00** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,181,256.33** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,935,369.91** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** <br> Creditor's name <br><br> Street <br><br><br> City    State    ZIP Code | | n/a | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City    State    ZIP Code <br> **Relationship to debtor** | | | |

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.
_____    _____    _____    _____
Creditor's name

_____
Street

_____

_____
City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.
_____    _____    _____    _____
Creditor's name

                                    XXXX–__ __ __ __
_____
Street

_____

_____
City                State    ZIP Code

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **FOREST CAPITAL GROUP LLC, v Artex et al** | **Breach of Contract - MCA** | **Supreme Court of the State of New York County of Monroe** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** | | Street | |
| _____ | | _____ City    State    ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Artex Telecommunications LLC**    Case number *(if known)* _____
         Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|------|-----------------------------------|--------------------------------|-----------|

Custodian's name _____

Street _____

_____

City _____ State ____ ZIP Code _____

**Case title** _____

**Case number** _____

**Date of order or assignment** _____

**Court name and address**

Name _____

Street _____

City _____ State ____ ZIP Code _____

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|------|-----------------------------------|-----------------------------------------------|-----------------|-----------|

Recipient's name _____

Street _____

_____

City _____ State ____ ZIP Code _____

**Recipient's relationship to debtor**

_____

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Artex Telecommunications LLC**   Case number *(if known)* _____
　　　　　Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **02/03/2025** | **$15,000.00** |

**Address**

**12770 Coit Road, Suite 850**
Street

_____

**Dallas, TX 75251**
City　　　　　　State　　ZIP Code

**Email or website address**

**robert@demarcomitchell.com**

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City     State   ZIP Code

**Relationship to debtor**

_____

---

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____      From _____ To _____
     Street

_____

_____
City     State   ZIP Code

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
     Facility name

_____
Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City     State   ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Artex Telecommunications LLC**    Case 25-40361   Doc 1   Filed 02/10/25   Entered 02/10/25 19:37:06   Desc Main
Document    Page 37 of 55
Name    Case number *(if known)* _____

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Artex Telecommunications LLC**                      Case number *(if known)*
         Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City        State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City              State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

| Dates business existed |
|---|

From _____   To _____

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   **Hartman Wanzor Mcnamar**
         Name
         **6050 Southwest Blvd**
         Street

         **Fort Worth, TX 76109**
         City              State    ZIP Code

From **05/15/2015**   To _____

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.

Name

Street

City              State    ZIP Code

From _____   To _____

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Shaffer, Eric**
         Name
         **1960 Tapadero Lane**
         Street

         **Celina, TX 75009**
         City              State    ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Hartman Wanzor Mcnamar**
Name

**6050 Southwest Blvd**
Street

_____

**Fort Worth, TX 76109**
City                                    State                    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

City                                    State                    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

City                                    State                    ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shaffer, Eric** | **1960 Tapadero Lane Celina, TX 75009** | **Managing Member, Member** | **50.00%** |
| **Tracy Brown** | **7313 Lemonwood Lane Fort Worth, TX 76133** | **Managing Member, Member** | **50.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Shaffer, Eric** <br> Name <br><br> **1960 Tapadero Lane** <br> Street <br><br><br> **Celina, TX 75009** <br> City    State    ZIP Code | **$254,500** | **Last 12 Months** | **Compensation** |

| Relationship to debtor |
|------------------------|
| **Managing Member** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Tracy Brown** <br> Name <br><br> **7313 Lemonwood Lane** <br> Street <br><br><br> **Fort Worth, TX 76133** <br> City    State    ZIP Code | **$254,500** | **Last 12 Months** | **Compensation** |

| Relationship to debtor |
|------------------------|
| **Managing Member** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.3. **Kristen Shaffer** <br> Name <br><br> **1960 Tapadero Lane** <br> Street <br><br><br> **Celina, TX 75009** <br> City    State    ZIP Code | **$47,840** | **Last 12 Months** | **Compensation** |

| Relationship to debtor |
|------------------------|
| **Wife of Eric Shaffer** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor    **Artex Telecommunications LLC**    Case number *(if known)*
_____
Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ＿＿ － ＿＿＿＿＿＿＿ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ＿＿ － ＿＿＿＿＿＿＿ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/10/2025**
            MM/  DD/  YYYY

**X** **/s/ Eric Shaffer**              Printed name              **Eric Shaffer**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# PREFERENCE ATTACHMENT

| Name of Lender | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Forever Funding | Unsecured Loan | | | 10/29/24 | $ 5,800.00 |
| **Mailing Address** | | | | 11/5/24 | $ 5,800.00 |
| 251 Little Falls Road | | | | 11/12/24 | $ 5,800.00 |
| **City** | | **State** | **Zip** | 11/19/24 | $ 5,800.00 |
| Willmington | | DE | 19808 | 11/26/24 | $ 5,800.00 |
| | | | | 12/3/24 | $ 5,800.00 |
| | | | | 12/10/24 | $ 5,800.00 |
| | | | | 12/17/24 | $ 5,800.00 |

| Name of Lender | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Overton Funding | Unsecured Loan | | | 11/12/24 | $ 14,000.00 |
| **Mailing Address** | | | | 11/20/24 | $ 14,000.00 |
| 28020 N 29th Ave | | | | 11/27/24 | $ 14,000.00 |
| **City** | | **State** | **Zip** | 12/4/24 | $ 14,000.00 |
| Hollywood | | FL | 33020 | 12/11/24 | $ 14,000.00 |
| | | | | 12/18/24 | $ 1,680.00 |
| | | | | 12/19/24 | $ 1,680.00 |
| | | | | 12/20/24 | $ 1,680.00 |
| | | | | 12/23/24 | $ 1,680.00 |
| | | | | 12/30/24 | $ 6,500.00 |
| | | | | 12/31/24 | $ 1,680.00 |
| | | | | 1/14/25 | $ 1,680.00 |

| Name of Lender | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Merchant Advance | Unsecured Creditor | | | 11/8/24 | $ 8,750.00 |
| **Mailing Address** | | | | 11/15/24 | $ 8,750.00 |
| 101 Crawfords Corner Road | | | | 11/22/24 | $ 8,750.00 |
| **City** | | **State** | **Zip** | 11/29/24 | $ 8,750.00 |
| Homdel | | NJ | 7733 | 12/6/24 | $ 8,750.00 |
| | | | | 12/13/24 | $ 8,750.00 |
| | | | | 12/20/24 | $ 8,750.00 |

| Name of Lender | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Rapid Finance | Unsecured Creditor | | | 10/28/24 | $ 9,324.63 |
| **Mailing Address** | | | | 11/4/24 | $ 9,324.63 |
| 447 Broadway 2nd Floor, Unit 804 | | | | 11/12/24 | $ 9,324.63 |
| **City** | | **State** | **Zip** | 11/18/24 | $ 9,324.63 |
| New York | | NY | 10013 | 11/25/24 | $ 9,324.63 |
| | | | | 12/2/24 | $ 9,324.63 |
| | | | | 12/9/24 | $ 9,324.63 |
| | | | | 12/16/24 | $ 9,324.63 |

| | | | | 12/23/24 | $ | 9,324.63 |

| | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Alo Finance | Unsecured Creditor | | | 12/4/24 | $ 1,750.00 |
| **Mailing Address** | | | | 12/5/24 | $ 1,750.00 |
| 100 Biscayne Blvd2303 | | | | 12/6/24 | $ 1,750.00 |
| **City** | | **State** | **Zip** | 12/9/24 | $ 1,750.00 |
| Miami | | FL | 33132 | 12/10/24 | $ 1,750.00 |
| | | | | 12/11/24 | $ 1,750.00 |
| | | | | 12/12/24 | $ 1,750.00 |
| | | | | 12/13/24 | $ 1,750.00 |
| | | | | 12/16/24 | $ 1,750.00 |
| | | | | 12/17/24 | $ 1,750.00 |
| | | | | 12/18/24 | $ 1,750.00 |
| | | | | 12/19/24 | $ 1,750.00 |
| | | | | 12/20/24 | $ 1,750.00 |
| | | | | 12/23/24 | $ 1,750.00 |

| | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Merchant Advance (E-Services) | Unsecured Creditor | | | 11/5/24 | $ 8,000.00 |
| **Mailing Address** | | | | 11/12/24 | $ 8,000.00 |
| 122 E 42nd Street, Suite 2112 | | | | 11/19/24 | $ 8,000.00 |
| **City** | | **State** | **Zip** | 11/26/24 | $ 8,000.00 |
| New York | | NY | 10168 | 12/3/24 | $ 8,000.00 |
| | | | | 12/10/24 | $ 8,000.00 |
| | | | | 12/17/24 | $ 8,000.00 |

| | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| Pay Pal Loan Builder | Unsecured Creditor | | | 11/8/24 | $ 2,863.72 |
| **Mailing Address** | | | | 11/15/24 | $ 2,863.72 |
| 2211 N First Street | | | | 11/22/24 | $ 2,863.72 |
| **City** | | **State** | **Zip** | 11/29/24 | $ 2,863.72 |
| San Jose | | CA | 95131 | 12/2/24 | $ 2,863.72 |
| | | | | 12/6/24 | $ 2,863.72 |
| | | | | 12/13/24 | $ 2,863.72 |
| | | | | 12/20/24 | $ 2,863.72 |
| | | | | 12/27/24 | $ 2,863.72 |
| | | | | 1/3/25 | $ 2,863.72 |
| | | | | 1/10/24 | $ 2,863.72 |
| | | | | 1/17/24 | $ 2,863.72 |
| | | | | 1/24/24 | $ 2,863.72 |

| | Type of Debt | | | Payment Date | Payment Amount |
|---|---|---|---|---|---|

| Intuit Financing | 30k Term Loan | | | 11/5/24 | $ | 2,778.85 |
|---|---|---|---|---|---|---|
| **Mailing Address** | | | | 12/4/24 | $ | 2,778.85 |
| 2700 Coast Ave | | | | 1/24/24 | $ | 2,778.85 |
| **City** | | **State** | **Zip** | | | |
| Mountain View | | CA | 94043 | | | |

| | **Type of Debt** | | | **Payment Date** | **Payment Amount** | |
|---|---|---|---|---|---|---|
| DLL Financial Sollutions Partner | Equipment Loan | | | None | | |
| **Mailing Address** | | | | | | |
| 1111 Old Eagle School Road | | | | | | |
| **City** | | **State** | **Zip** | | | |
| Wayne | | PA | 19087 | | | |

| | **Type of Debt** | | | **Payment Date** | **Payment Amount** | |
|---|---|---|---|---|---|---|
| Balboa Capital | Equipment Loan | | | 11/8/24 | $ | 2,749.13 |
| **Mailing Address** | | | | 12/9/24 | $ | 873.56 |
| 1111 Old Eagle School Road | | | | 1/17/24 | $ | 873.56 |
| **City** | | **State** | **Zip** | | | |
| Wayne | | PA | 19087 | | | |

| | **Type of Debt** | | | **Payment Date** | **Payment Amount** | |
|---|---|---|---|---|---|---|
| EN OD Capital | Merchant Cash Advance | | | 11/27/24 | $ | 1,400.00 |
| **Mailing Address** | | | | 11/29/24 | $ | 1,400.00 |
| 1202 Ave U Suite 115 | | | | 12/2/24 | $ | 1,400.00 |
| **City** | | **State** | **Zip** | 12/3/24 | $ | 1,400.00 |
| Brooklyn | | NY | 11229 | 12/4/24 | $ | 1,400.00 |
| | | | | 12/5/24 | $ | 1,400.00 |
| | | | | 12/6/24 | $ | 1,400.00 |
| | | | | 12/9/24 | $ | 1,400.00 |
| | | | | 12/10/24 | $ | 1,400.00 |
| | | | | 12/11/24 | $ | 1,400.00 |
| | | | | 12/12/24 | $ | 1,400.00 |
| | | | | 12/13/24 | $ | 1,400.00 |
| | | | | 12/16/24 | $ | 1,400.00 |
| | | | | 12/17/24 | $ | 1,400.00 |
| | | | | 12/18/24 | $ | 1,400.00 |
| | | | | 12/19/24 | $ | 1,400.00 |
| | | | | 12/20/24 | $ | 1,400.00 |
| | | | | 12/23/24 | $ | 1,400.00 |
| | | | | 12/24/24 | $ | 1,400.00 |
| | | | | 12/26/24 | $ | 1,400.00 |
| | | | | 12/27/24 | $ | 1,400.00 |
| | | | | 12/30/24 | $ | 1,400.00 |
| | | | | 12/31/24 | $ | 1,400.00 |

| | **Type of Debt** | | | **Payment Date** | **Payment Amount** | |
|---|---|---|---|---|---|---|

| Intuit Financing | 150k Term Loan | | | 11/5/24 | $ | 14,032.07 |
|---|---|---|---|---|---|---|
| Mailing Address | | | | 12/4/24 | $ | 14,032.07 |
| 2700 Coast Ave | | | | 1/24/24 | $ | 14,032.07 |
| City | | State | Zip | | | |
| Mountain View | | CA | 94043 | | | |

| | Type of Debt | | | Payment Date | Payment Amount | |
|---|---|---|---|---|---|---|
| Wells Fargo Credit Service | Credit Card | | | 11/18/24 | $ | 1,204.00 |
| Mailing Address | | | | 1/25/25 | $ | 420.00 |
| PO Box 10347 | | | | | | |
| City | | State | Zip | | | |
| Des Moines | | IA | 50306 | | | |

Fill in this information to identify the case:

Debtor name     **Artex Telecommunications LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | MCA | Contingent Disputed Unliquidated | | | $483,015.62 |
| 2 | Top Tier Capital 500 W. Putnum Ave Ste. 400 Greenwich, CT 06830 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $474,030.00 |
| 3 | Black book Ventures LLC 20005 Trinity Oaks Road Weatherford, TX 76087 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $190,896.00 |
| 4 | Smart Business 366 N Broadway Jericho, NY 11753 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $163,269.00 |
| 5 | Advance Servicing Inc. 15 Main Street, Holmdel, NJ 07733 | | MCA | Contingent Disputed Unliquidated | | | $148,750.00 |
| 6 | Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $119,453.61 |
| 7 | Fundbox Inc 5760 Legacy Dr. Ste. B3-535 Plano, TX 75024 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $113,628.00 |
| 8 | Overton Funding LLC 2802 N. 29th Ave. Hollywood, FL 33020 | | MCA | Contingent Disputed Unliquidated | | | $109,420.00 |

Debtor    **Artex Telecommunications LLC**
_____    Case number *(if known)* _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Advance Servicing Inc. 15 Main Street, Holmdel, NJ 07733 | | MCA | Contingent Disputed Unliquidated | | | $105,000.00 |
| 10 | Forrest Capital 2 University Plz Ste 211 Hackensack, NJ 07601 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $91,258.34 |
| 11 | Alo Advance 100 Biscayne Blvd 2303 Miami, FL 33132 | | MCA | Contingent Disputed Unliquidated | | | $87,500.00 |
| 12 | Baypoint Funding, LLC 370 Lexington Ave. Ste. 801 New York, NY 10017 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $86,300.00 |
| 13 | Paypal 2211 N. 1st St San Jose, CA 95131 | | MCA | | | | $85,911.00 |
| 14 | Forever Funding 251 Little Falls Road Wilmington, DE 19808 | | MCA | Contingent Disputed Unliquidated | | | $80,000.00 |
| 15 | EN OD Capital 1202 Avenue U Ste 115 Brooklyn, NY 11229 | | MCA | Contingent Disputed Unliquidated | | | $79,800.00 |
| 16 | Ascentium Capital 23970 Hwy. 59N Kingwood, TX 77339 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $73,441.00 |
| 17 | Wells Fargo PO Box Box 10347 Des Moines, IA 50306-0347 | | Revolving Debt | | | | $18,492.87 |
| 18 | Capital on Tap 215 S. State St. Ste. 1000 Salt Lake City, UT 84111 | | MCA Guarantee | Contingent Disputed Unliquidated | | | $18,199.48 |
| 19 | DLL FInancial Solutions 1111 Old Eagle School Road Wayne, PA 19087 | | MCA | Contingent Disputed Unliquidated | | | $16,548.05 |
| 20 | Intuit Financing Inc 2700 Coast Ave Mountain View, CA 94043 | | MCA | | | | $16,548.05 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:                                                      CHAPTER  **11**
**Artex Telecommunications LLC**


DEBTOR(S)                                                   CASE NO


### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Eric Shaffer** 1960 Tapadero Lane Celina, TX 75009 | Interest | 50% | Member |
| **Tracy Brown** 7313 Lemonwood Lane Fort Worth, TX 76133 | Interest | 50% | Member |


**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Managing Member** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.


Date: **02/10/2025** _____            Signature: **/s/ Eric Shaffer** _____
                                                          *Eric Shaffer, Managing Member*

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Artex Telecommunications LLC**                                      CASE NO

                                                                            CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**02/10/2025**___    Signature _____**/s/ Eric Shaffer**_____
                                                    Eric Shaffer, Managing Member

Advance Servicing Inc.
15 Main Street,
Holmdel, NJ 07733


Alo Advance
100 Biscayne Blvd 2303
Miami, FL 33132


Ascentium Capital
23970 Hwy. 59N
Kingwood, TX 77339


Attorney General of the
United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue N.W.
Washington, DC 20503

Balboa Capital Corp.
575 Anton Blvd. 12th fl
Costa Mesa, CA 92626


Baypoint Funding, LLC
370 Lexington Ave. Ste. 801
New York, NY 10017


Black book Ventures LLC
20005 Trinity Oaks Road
Weatherford, TX 76087


Capital on Tap
215 S. State St. Ste. 1000
Salt Lake City, UT 84111

DLL FInancial Solutions
1111 Old Eagle School Road
Wayne, PA 19087

EN OD Capital
1202 Avenue U Ste 115
Brooklyn, NY 11229

Eric & Kristen Shaffer
1960 Tapadero Lane
Celina, TX 75009

Extra Space Storage
3101 W Spring Creek Parkway
Plano, TX 75023

Forever Funding
251 Little Falls Road
Wilmington, DE 19808

Forrest Capital
2 University Plz Ste 211
Hackensack, NJ 07601

Fundbox Inc
5760 Legacy Dr. Ste. B3-535
Plano, TX 75024

Greenfield Law Firm
2 Executive Blvd
Suffern, NY 10901

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Intuit Financing Inc
2700 Coast Ave
Mountain View, CA 94043

Eric & Kristen
1960 Tapadero Lane
Celina, TX 75009

Office of the United States
Trustee
110 N College Ave Ste 300
Tyler, TX 75702-7231

Overton Funding LLC
2802 N. 29th Ave.
Hollywood, FL 33020

Paypal
2211 N. 1st St
San Jose, CA 95131

Paypal
2211 North First St.
San Jose, CA 95131

Rapid Finance
4500 East West Highway 6th Floor
Bethesda, MD 20814

Eric Shaffer
1960 Tapadero Lane
Celina, TX 75009


Smart Business
366 N Broadway
Jericho, NY 11753


Social Security Administration
Attn: Bankruptcy Coordinator
Office of the General Counsel, Region VI
1301 Young St Ste A702
Dallas, TX 75202-4813

Texas Comptroller of Public
Accounts
Revenue Accounting Division
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas State
Comptroller/Texas Attorney
General
PO Box 12548
Austin, TX 78711

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


The Benk Group LLC
609 E. Pleasant Run Road
Cedar Hill, TX 75104


Top Tier Capital
500 W. Putnum Ave Ste. 400
Greenwich, CT 06830

## United States Attorney's Office

110 North College Avenue STE 700
Tyler, TX 75702-0204


## United States Securities & Exchange Commission

Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819


## United States Small Business Administration

4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155


## Wells Fargo

PO Box Box 10347
Des Moines, IA 50306-0347